IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TIMOTHY MICHAEL OWENS ) | |
| ) | CASE # 23-11004-7 |
| Debtor(s). ) | |

**MOTION FOR ABANDONMENT**

COMES now the Trustee, Darcy D. Williamson, and in support of her Motion to Abandon alleges and states as follows:

1. The Trustee has reviewed the documents provided and all relevant facts and case law attendant thereto as it relates to property known as a 2017 Chevrolet Silverado. The Trustee has reviewed the Schedules and Statement of Financial Affairs and received the statements of the Debtor(s) under penalty of perjury.

2. Giving due consideration to exemptions, liens, and security interests related to the 2017 Chevrolet Silverado, the Trustee believes the property of the estate is burdensome to the estate or is of inconsequential value and benefit to the estate. Trustee requests Court Authority to abandon the 2017 Chevrolet Silverado pursuant to 11 U.S.C. § 554.

WHEREFORE, the Trustee prays the court for an Order granting this Motion and Ordering that the property is abandoned.

/s/ Darcy D. Williamson_____
DARCY D. WILLIAMSON
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:                                              )
                                                    )
TIMOTHY MICHAEL OWENS                               )
                                                    )      CASE # 23-11004-7
                              Debtor(s).            )

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a true and correct copy of the foregoing **TRUSTEE'S MOTION FOR ABANDONMENT,** was filed electronically on April 15, 2024, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, all scheduled creditors/creditors filing claims including and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

| | |
|---|---|
| Office of the U.S. Trustee<br>301 N Main, Ste 1150<br>Wichita KS 67202 | Sedgwick County Treasurer<br>525 N. Main Street<br>Wichita, KS 67203 |
| Property Valuation Director<br>Zibell Building<br>300 SW 29th Street<br>Topeka, KS 66611 | Internal Revenue Service<br>Mail Stop 5334<br>Advisory/Insolvency<br>2850 NE Independence Ave<br>Lee's Summit   MO   64664 |
| Kansas Department of Labor<br>Attn: Legal Services<br>401 SW Topeka Blvd.<br>Topeka, KS 66603-3182 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Office of the U.S. Attorney<br>US Courthouse, Suite 290<br>444 SE Quincy<br>Topeka, KS 66683 | Timothy Michael Owens<br>123 Lakeview Dr<br>Newton, KS  67114 |

,

Kansas Dept. of Revenue
Civil Tax Enforcement
P.O. Box 12005
915 SW Harrison
Topeka, KS  66612

And all parties on the attached mailing matrix.

/s/ Darcy D. Williamson
DARCY D. WILLIAMSON
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908