# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 23-11004-7 MLH  
**Case Name:** TIMOTHY MICHAEL OWENS  
**For Period Ending:** 04/15/2024

**Trustee Name:** (360070) Darcy D. Williamson  
**Date Filed (f) or Converted (c):** 10/11/2023 (f)  
**§ 341(a) Meeting Date:** 11/17/2023  
**Claims Bar Date:** 06/03/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 123 Lakeview Dr., Newton, KS 67114, Harvey County | 104,000.00 | Unknown | | 0.00 | Unknown |
| 2 | 2017 Chevrolet Silverado, 150,000 miles | 19,662.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1934 Dodge K20 Pickup Truck | 18,000.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and accessories, household tools, appliances, dishware | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc Electronics | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Pistol - $200 20 Gauge Shotgun - $200 | 400.00 | 400.00 | | 0.00 | 400.00 |
| 7 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Misc Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2 Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Checking account: Union State Bank, ending 1646 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Savings account: Golden Plains Credit Union, ending 5185 | 10.00 | 10.00 | | 0.00 | 10.00 |
| 12 | IRA: IRA with Edward Jones | 29.78 | 0.00 | | 0.00 | FA |
| 13 | Computer -$1,000 Small Tool Case - $500 | 1,500.00 | 0.00 | | 0.00 | FA |
| 14 | 2023 Tax Refunds (u) | Unknown | Unknown | | 0.00 | Unknown |
| 14 | **Assets** **Totals** (Excluding unknown values) | **$155,101.78** | **$410.00** | | **$0.00** | **$410.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 23-11004-7 MLH  
**Case Name:** TIMOTHY MICHAEL OWENS  
**For Period Ending:** 04/15/2024

**Trustee Name:** (360070) Darcy D. Williamson  
**Date Filed (f) or Converted (c):** 10/11/2023 (f)  
**§ 341(a) Meeting Date:** 11/17/2023  
**Claims Bar Date:** 06/03/2024

**Major Activities Affecting Case Closing:**

04/15/2024 Filed Motion to Abandon the 2017 Chevrolet Silverado and Notice thereof.
04/15/2024 Sent email to counsel requesting to buyback firearms for $400.00 or turnover. Also requested copies of the debtor's 2023 tax returns.
03/05/2024 Adversary filed and avoid Lien.
02/21/2024 Filed request for claims bar date.
02/07/2024 Filed Order on Application to Employ Special Counsel.
01/05/2024 Sent 2nd doc req letter to counsel equesting photos of firearms and additional docs related to manufactured home.
12/13/2023 Filed Application to Employ Special Counsel.
12/08/2023 Sent email to counsel requesting photos of firearms and additional docs related to manufactured home.
12/05/2023 Filed Motion and Order to employ DDW.

Trustee is investgated anf filed lien avoidance adversary on Asset 1, which is of a Manufactured Home and realty. Hired Special Counsel. To investigate transfer of business and business porperty to Debtor's son. Requested documents on firearms. Requested bank statements for the Union State Bank account and the Golden Plains Credit Union account. Received copies of the Debtor's 2020, 2021, 2022 personal tax returns as well and the 2020 business tax returns. Received vehicles registration and photos of the firearm. To request copies of the debtor's 2023 federal and state tax returns and the turnover of any refunds. Requested clerk issue claims bar date. To pursue assets as appropriate.

**Initial Projected Date Of Final Report (TFR):** 12/30/2024  
**Current Projected Date Of Final Report (TFR):** 12/30/2024