# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 23-11004-7 MLH

**Case Name:** TIMOTHY MICHAEL OWENS

**For Period Ending:** 09/30/2024

**Trustee Name:** (360070) Darcy D. Williamson

**Date Filed (f) or Converted (c):** 10/11/2023 (f)

**§ 341(a) Meeting Date:** 11/17/2023

**Claims Bar Date:** 06/03/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 123 Lakeview Dr., Newton, KS 67114 (See Footnote) | 104,000.00 | 104,000.00 | | 0.00 | 104,000.00 |
| 2 | 2017 Chevrolet Silverado, 150,000 miles | 19,662.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1934 Dodge K20 Pickup Truck | 18,000.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and accessories, household tools, appliances, dishware | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc Electronics | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Pistol - $200 20 Gauge Shotgun - $200 | 400.00 | 400.00 | | 0.00 | 400.00 |
| 7 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Misc Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2 Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Union State Bank, ending 1646 checking | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Golden Plains Credit Union xx5185 savings | 10.00 | 10.00 | | 0.00 | 10.00 |
| 12 | IRA: IRA with Edward Jones | 29.78 | 0.00 | | 0.00 | FA |
| 13 | Business - (Computer $1000.00; Small Tool Case $500) | 1,500.00 | 0.00 | | 0.00 | FA |
| 14 | 2023 Tax Refunds  (u) | Unknown | 0.00 | | 0.00 | FA |
| **14** | **Assets        Totals        (Excluding unknown values)** | **$155,101.78** | **$104,410.00** | | **$0.00** | **$104,410.00** |

RE PROP# 1        Estimate property value to be $104,000 less attorney costs and expenses and sale expenses. Adversary is on file.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:**    23-11004-7 MLH

**Case Name:**    TIMOTHY MICHAEL OWENS

**For Period Ending:**  09/30/2024

**Trustee Name:**    (360070) Darcy D. Williamson

**Date Filed (f) or Converted (c):**  10/11/2023 (f)

**§ 341(a) Meeting Date:**   11/17/2023

**Claims Bar Date:**  06/03/2024

**Major Activities Affecting Case Closing:**

09/26/2024 Agreed Order filed Extending Scheduling Deadlines
06/10/2024 Report of Parties Planning Meeting filed in Adversary
05/17/2024 Filed Order on Motion to Abandon..
04/18/2024 Answer filed on Adversary
04/15/2024 Filed Motion to Abandon the 2017 Chevrolet Silverado and Notice thereof.
04/15/2024 Sent email to counsel requesting to buyback firearms for $400.00 or turnover. Also requested copies of the debtor's 2023 tax returns.
03/05/2024 Adversary filed to avoid lien on Manufactured Home
02/21/2024 Filed request for claims bar date.
02/07/2024 Filed Ord on Application to Employ Spec counsel
01/05/2024 Sent 2nd document request letter to counsel requesting photos of firearms and additional docs related to manufactured home.
12/13/2024 Filed Application to Employ Special Counsel.
12/08/2023 Sent email to counsel requesting photos of firearms and additional docs related to manufactured home.
12/05/2023 Filed Motion and Order to employ DDW.

Trustee has investgated and filed lien avoidance  adversary on Asset 1, which is of a Manufactured Home and realty.  Matter is in discovery.   Hired Special Counsel. To investigate transfer of business property to Debtor's son. Intrust auctioned the property.  Requested documents on firearms. Requested bank statements for the Union State Bank account and the Golden Plains Credit Union account. Received copies of the Debtor's 2020, 2021, 2022 personal tax returns as well and the 2020 business tax returns. Received vehicle registration and photos of the firearm. To request copies of the debtor's 2023 federal and state tax returns and turnover of any refunds. Requested clerk issue claims bar date. To pursue assets as appropriate.

**Initial Projected Date Of Final Report (TFR):**       12/30/2024

**Current Projected Date Of Final Report (TFR):**       09/30/2025